IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00161-BNB

JERRY BLAIR,

    Plaintiff,

v.

ARISTEDES ZAVARAS, and
GEORGE DUNBAR,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 0 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Jerry Blair, is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility in Sterling, Colorado. Mr. Blair initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 claiming that his rights under the United States Constitution have been violated. On March 9, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Blair to file an amended complaint that clarifies the claims he is asserting and that includes allegations of personal participation by each named defendant if he wishes to pursue his claims in this action. Mr. Blair was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Blair has failed to file an amended complaint within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's March 9 order. Therefore, the action will be dismissed without prejudice for failure to file an amended complaint as directed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this __19th__ day of __April__, 2010.

BY THE COURT:

_s/Philip A. Brimmer_
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00161-BNB

Jerry Blair
Prisoner No. 132644
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/20/10

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                        Deputy Clerk